UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EUGENE ANTONIO BICKLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1626  TIA |
| ) | |
| MICHAEL BOWERSOX, ) | |
| ) | |
| Respondent. ) | |

ORDER OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)

This matter is before the Court upon petitioner's motion to voluntarily dismiss his petition for a writ of habeas corpus [Doc. #2]. On September 20, 2007, while this action was under review pursuant to 28 U.S.C. § 1915, petitioner submitted a motion to dismiss requesting that this action be voluntarily dismissed, without prejudice. *See* Fed. R. Civ. P. 41(a). Because no show cause order has issued and respondent has not filed a response, the Court will grant petitioner's request to voluntarily dismiss his 28 U.S.C. § 2254 petition.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion to voluntarily dismiss his petition for a writ of habeas corpus  [Doc. # 2], without prejudice, is **GRANTED**.

Dated this 21st day of September, 2007.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE